# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Paul Maas Risenhoover,

      Plaintiff,                     Civil No.07-4518 (RHK/AJB)

vs.                            **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Theresa Wilson, et al.,

      Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: November 6, 2007

                                                   s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge